IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID J. STRECKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-CV-606-WMC

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered REMANDING case to the commissioner under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

_____      7/15/10
Peter Oppeneer, Clerk of Court          Date