IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID STRECKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-606-wmc

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

OCT 2 6 2010

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff David Strecker against defendant Michael J. Astrue awarding plaintiff attorney fees under the Equal Access to Justice Act in the amount of $5,800.00.

By: _____, Deputy Clerk      10-26-10
    Peter Oppeneer, Clerk of Court      Date